UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN CHAMBERLAIN, and PAMELA ANDRAL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANGEL SALAZAR DESIGN LLC, and ANGEL SALAZAR,<br><br>Defendants. | Case No.: 1:25-cv-00274(MKV) |

**NOTICE OF UNOPPOSED MOTION FOR: (1) PRELIMINARY APPROVAL OF SETTLEMENT; (2) CONDITIONAL CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS PURSUANT TO RULE 23; (3) APPOINTMENT OF McLAUGHLIN & STERN, LLP AS CLASS COUNSEL; (4) APPROVAL OF THE PROPOSED NOTICE OF SETTLEMENT; AND (5) SCHEDULING A FAIRNESS HEARING FOR FINAL APPROVAL OF THE SETTLEMENT**

**PLEASE TAKE NOTICE** that upon the Declaration of Jason S. Giaimo dated May 30, 2025 ("Giaimo Declaration"), together with the exhibits annexed thereto, and the accompanying Memorandum of Law dated May 30, 2025, together with all prior pleadings and proceedings had herein, Plaintiffs, by and through their undersigned counsel, shall move this Court, Honorable Mary Kay Vyskocil, United States District Court Judge, 500 Pearl Street, Courtroom 18C, New York, New York 10007 on a date to be determined by the Court, for an Order as follows: (1) granting preliminary approval of the Settlement on the terms set forth in the Settlement Agreement and Release, which is attached as Exhibit 1 to the Giaimo Declaration; (2) conditionally certifying the proposed settlement class, for settlement purposes only, under Federal Rule of Civil Procedure 23(b)(3); (3) appointing McLaughlin & Stern, LLP as Class Counsel; (4) approving the proposed Notice of Settlement attached as Exhibit 2 to the Giaimo Declaration, and directing its distribution; and (5) scheduling a fairness hearing for final approval of the Settlement.

Dated: New York, New York
      May 30, 2025                      McLAUGHLIN & STERN, LLP

                                        By: */s/ Jason S. Giaimo*
                                                Jason S. Giaimo
                                                Brett R. Gallaway
                                      260 Madison Avenue
                                      New York, New York 10016
                                      Tel.: (212) 448-1100
                                      jgiaimo@mclaughlinstern.com
                                      bgallaway@mclaughlinstern.com

                                      *Attorneys for Plaintiffs and Proposed Class Counsel*