**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2026

SEAN CHAMBERLAIN, and PAMELA ANDRAL, on behalf of themselves and all others similarly situated,

        Plaintiffs,

      v.

ANGEL SALAZAR DESIGN LLC and ANGEL SALAZAR,

        Defendants.

Case No.: 1:25-cv-00274(MKV)

## JUDGMENT ~~[PROPOSED]~~

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 9, 2026; and Defendants Angel Salazar Design LLC and Angel Salazar (collectively, "Defendants") having offered to allow entry of judgment to be taken against them, and in favor of Plaintiffs Sean Chamberlain and Pamela Andral (collectively, "Plaintiffs"), in the total amount of One Hundred Twenty-Three Thousand Three Hundred Thirty-Three Dollars and Zero Cents ($123,333.00), inclusive of attorneys' fees, costs, and expenses accrued as of this date, in full and final settlement of all of Plaintiffs' claims against the Defendants, including damages, liquidated damages, and interest, arising out of, alleged in, or related to the facts and transactions alleged in the above-captioned action; it is

**ORDERED** and **ADJUDGED** that judgment is entered in favor of Plaintiffs against Defendants in the total amount of One Hundred Twenty-Three Thousand Three Hundred Thirty-Three Dollars and Zero Cents ($123,333.00), inclusive of attorneys' fees, costs, and expenses accrued as of this date, in full and final settlement of all of Plaintiffs' claims against the Defendants, including damages, liquidated damages, and interest, arising out of, alleged

in, or related to the facts and transactions alleged in the above-captioned action.

     Judgment signed this <u>16th</u> day of <u>April</u> 2026.


Hon.     <u>Mary Kay Vyskocil</u>